UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :     Civil Action No. 2:15-cv-06339-WD
                              Plaintiff,                        :
                                                                :
             vs.                                                :
                                                                :
                                                                :
RICHARD COLLINGS,                                               :
                                                                :
                              Defendant.                        :
                                                                :
---------------------------------------------------------------X

## CERTIFICATION OF SERVICE/NON-SERVICE

I hereby certify that a copy of this Court's Order [D.E. # 12], dated September 26, 2017, was mailed to Defendant, Richard Collings ("Defendant") via certified mail and Federal Express on September 26, 2017. To date, Plaintiff has not received the certified return receipt signed by the Defendant nor has it received delivery confirmation from Federal Express that it has been able to properly obtain Defendant's signature on the letter package containing aforementioned order. Plaintiff is prepared to appear at the conference scheduled for October 25, 2017 at 2:00pm.

Dated: October 23, 2017

                                                Respectfully submitted,

                                                FIORE & BARBER, LLC

By:    /s/ *Christopher P. Fiore*
        Christopher P. Fiore, Esquire
        418 Main Street, Suite 100
        Harleysville, PA 19438
        Tel: (215) 256-0205
        Fax: (215) 256-9205
        Email: cfiore@fiorebarber.com
        ATTORNEYS FOR PLAINTIFF